DANIEL MALAKAUSKAS, SBN 265903
7345 South Durango Drive
Suite B-107-240
Las Vegas, NV 89113
Tel: 866-790-2242
Fax: 888-802-2440
daniel@malakauskas.com

Attorney for PLAINTIFF:
CYNTHIA HOPSON

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

**CYNTHIA HOPSON**,

Plaintiff,

v.

**VILLAGE GAS N MART INC.,** as an entity and doing business as "Village Gas N Mart", **PAVILION LAND COMPANY LLC,** and **DOES** 1-50, Inclusive,

Defendants.

**1:17-cv-1758-DAD-SAB**

**REQUEST FOR CONTINUANCE OF RULE 26 CONFERENCE AND ORDER GRANTING THEREOF**

**PLEASE TAKE NOTICE**, on December 28th, 2017, this Court, by the Order of the Honorable Stanley A. Boone, scheduled the Rule 26 Status Conference for March 6th, 2018, at 10:30 a.m., in Courtroom 9, of the Robert T. Matsui United States

Courthouse, located at 501 I Street, in Sacramento, California. Daniel Malakauskas, attorney for Plaintiff, Cynthia Hopson, now humbly makes a request that this Court continue the Rule 26 Conference by thirty days (30) days to ensure Defendants do not intend on appearing. Specifically, Village Gas N Mart, Inc., was served on February 2nd, 2018, and Pavilion Land Company LLC was served February 2nd, 2018. (Doc. No. 5 and 6). Regardless, both Defendants have failed to Answer. Plaintiff intends on filing a Motion for Entry of Default if Defendants do not appear shortly.

Date: February 26th, 2018.

/s/ Daniel Malakauskas
By: DANIEL MALAKAUSKAS
Attorney for PLAINTIFF
CYNTHIA HOPSON

**ORDER**

**IT IS HEREBY ORDERED**, that the status conference is continued from March 6th, 2018, at 10:30 a.m. until April 12, 2018, at 10:30 a.m. A Joint Scheduling Conference Report is due one week before the new conference date.

IT IS SO ORDERED.

Dated: **February 27, 2018**

UNITED STATES MAGISTRATE JUDGE