# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA HOPSON,<br><br>   Plaintiff,<br><br>   v.<br><br>VILLAGE GAS N MART INC., et al.,<br><br>   Defendants. | Case No. 1:17-cv-01758-DAD-SAB<br><br>ORDER VACATING ALL PENDING MATTERS AND DATES<br><br>ORDER REQUIRING PLAINTIFF TO FILE DISPOSITIONAL DOCUMENTS<br><br>DEADLINE: JUNE 11, 2018 |

On April 9, 2018, Plaintiff filed a notice of settlement informing the Court that the parties have reached settlement resolving this action. (ECF No. 12.)

Accordingly, it is HEREBY ORDERED that:

1. Plaintiff shall file dispositional documents on or before June 11, 2018; and
2. All pending matters and dates are VACATED.

IT IS SO ORDERED.

Dated: **April 10, 2018**

UNITED STATES MAGISTRATE JUDGE

1